```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 00044
   LARRY FISHER
   PATRICIA D FISHER                           CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6486    SSN XXX-XX-1033

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/02/2008 and was not confirmed.

     The case was dismissed without confirmation 06/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL BA  UNSECURED         1737.15         .00           .00
COMMONWEALTH EDISON       UNSECURED          269.78         .00           .00
HOMEQ SERVICING CORPORAT  CURRENT MORTG        .00          .00           .00
HOMEQ SERVICING CORPORAT  MORTGAGE ARRE   10382.90          .00           .00
VERIZON                   UNSECURED       NOT FILED         .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED         .00           .00
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED         .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          210.44         .00           .00
BELLSOUTH                 UNSECURED       NOT FILED         .00           .00
CHASE BANK USA NA         UNSECURED         2405.82         .00           .00
LVNV FUNDING LLC          UNSECURED          383.09         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          863.12         .00           .00
PREMIER BANKCARD          UNSECURED          296.54         .00           .00
BELLSOUTH                 UNSECURED       NOT FILED         .00           .00
TCF NATIONAL BANK         UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED          628.13         .00           .00
ECAST SETTLEMENT CORP     UNSECURED          539.16         .00           .00
ECAST SETTLEMENT CORP     UNSECURED          504.80         .00           .00
NICOR GAS                 UNSECURED          396.64         .00           .00
NYS OTDA                  UNSECURED       NOT FILED         .00           .00
GREGORY EMERGENCY PHYS    UNSECURED       NOT FILED         .00           .00
GREGORY EMERGENCY PHYS    UNSECURED       NOT FILED         .00           .00
PRINCE GEORGE S COUNTY M  UNSECURED       NOT FILED         .00           .00
US CAREER INSTITUTE       UNSECURED       NOT FILED         .00           .00
WEB BANK                  UNSECURED       NOT FILED         .00           .00
WEB BANK                  UNSECURED       NOT FILED         .00           .00
B-REAL LLC                UNSECURED         1110.53         .00           .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC   36314.00          .00         2461.00
INTERNAL REVENUE SERVICE  PRIORITY        16220.73          .00           .00
HOMEQ SERVICING CORPORAT  NOTICE ONLY    NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          270.48         .00           .00
ECAST SETTLEMENT CORP     UNSECURED          433.18         .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         1227.63         .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         9498.38         .00           .00
HOMEQ SERVICING CORPORAT  SECURED          1448.00          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00044 LARRY FISHER & PATRICIA D FISHER
```

```
AMERICAN GENERAL FINANCE  SECURED NOT I       619.84              .00             .00
AMERICAN GENERAL FINANCE  UNSECURED             6.55              .00             .00
AMERICAN GENERAL FINANCE  SECURED NOT I       919.46              .00             .00
CITY OF CHICAGO PARKING   UNSECURED           100.00              .00             .00
WELLS FARGO AUTO FINANCE  FILED LATE             .00              .00             .00
BENNIE W FERNANDEZ        DEBTOR ATTY       1,873.00                              .00
TOM VAUGHN                TRUSTEE                                              214.00
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
 ----------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
 ----------------------------------------------------------------------------
TRUSTEE                   2,675.00

PRIORITY                                              .00
SECURED                                          2,461.00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               214.00
DEBTOR REFUND                                         .00
                          ---------------     ---------------
TOTALS                    2,675.00            2,675.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/24/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE